```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )           4:05CR3091
         v.                     )
                                )
THOMAS E. MILLER,               )
                                )              ORDER
              Defendant.        )
                                )
```

     IT IS ORDERED:

     Plaintiff's motion to extend discovery deadline, filing 13, is granted and the deadline for plaintiff to comply with discovery is extended to December 2, 2005.


     DATED this 2nd day of November, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge