IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to extend time, filing 20, is granted and plaintiff is given to March 9, 2006 to file its brief in response to defendant's pretrial motions.

DATED this 2nd day of March, 2006.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge