```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3091 |
| v. ) | |
| ) | |
| THOMAS E. MILLER, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

The court has been advised that Leonard P. Vyhnalek is unavailable for the telephone conference that was scheduled for this date.

IT THEREFORE HEREBY IS ORDERED,

1. The telephone status conference is continued to March 14, 2006 at 11:00 a.m. Central Standard Time. Plaintiff's counsel shall place the call.

2. The clerk is directed to enter Leonard P. Vyhnalek as an interested party in this case.

DATED this 6th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge