## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3091 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THOMAS E. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's motion in limine (filing 19). Upon consideration, I will deny the motion without prejudice to its reassertion at trial.

Accordingly,

IT IS ORDERED that the motion in limine (filing 19) is denied, without prejudice to its reassertion at trial.

December 6, 2006                    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge