IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

   A telephone conference was held with counsel on March 13, 2007 pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure.  Counsel discussed the discovery documents that have now been provided to counsel in both cases pending against this defendant and the need to examine all of such documents in preparation for trial.  Defendant's counsel agreed that the volume of documents is large, and will require a substantial amount of time to review.  The case has previously been exempted from the time constraints of the Speedy Trial Act, 18 U.S.C. 3161 *et seq*., because of its complexity.  See Filing 17.  In accordance with the discussion during the conference,

   IT IS ORDERED:

   1.  Trial of this matter is continued to 9:00 a.m., October 15, 2007 before the Hon. Richard G. Kopf, United States District Judge in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.  Trial is scheduled for a period of seven trial days.

   2.  A status conference with counsel is scheduled at 11:00 a.m., June 21, 2007 in the chambers of the undersigned. Counsel are urged to confer prior to the conference to propose to

the court any limitations or scheduling matters to expedite the speedy and just preparation of the case for trial.

DATED this 21st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge