IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3091 |
| v. ) | |
| ) | |
| THOMAS E. MILLER, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

The motion of Leonard P. Vyhnalek to withdraw as court-appointed standby counsel for the defendant, filing 43, is granted.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge