```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Plaintiff's unopposed oral motion to continue the status conference is granted and the status conference is continued from today to August 6, 2007 at 11:45 a.m. in the chambers of the undersigned.

   DATED this 21st day of June, 2007.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge