IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )          4:05CR3091
          v.                       )
                                   )
THOMAS E. MILLER,                  )
                                   )             ORDER
                    Defendant.     )
                                   )

          IT IS ORDERED:

          Plaintiff's unopposed oral motion to continue the status
conference is granted and the status conference is continued to
August 23, 2007 at 2:00 p.m. in the chambers of the undersigned.

          DATED this 1st day of August, 2007.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge