```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A status conference was held this date pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure. Counsel discussed the state of preparations for this case. It was agreed that another status conference should be held before setting the case for trial.

IT THEREFORE HEREBY IS ORDERED,

1. A status conference by telephone is set for October 4, 2007 at 2:30 p.m. central time. Plaintiff's counsel shall place the call.

2. This case is removed from the October 15, 2007 trial calendar and a new trial date will be determined at the next conference.

DATED this 23rd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge