IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The time of the telephone conference call on October 4, 2007 is changed from 2:30 p.m. to 10:30 a.m., Central Time. Plaintiff's counsel shall initiate the call.

DATED this 21st day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge