IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

Plaintiff's unopposed oral motion for continuance is granted and the status conference by telephone is continued from November 2 to November 5, 2007 at 2:30 p.m., central time. Plaintiff's counsel shall place the call.

DATED this 30th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge