IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>             Plaintiff,              )<br>                                     )             4:05CR3039<br>        v.                           )             4:05CR3091<br>                                     )<br>THOMAS E. MILLER,                    )         MEMORANDUM AND ORDER<br>                                     )<br>             Defendant.              )<br>                                     ) | |

　　　Defendant's unopposed oral motion to continue the competency hearing is granted, and

　　　1.  The hearing to determine the defendant's competency is continued from May 21 to June 9, 2008 at 1:30 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

　　　2.  The parties must promptly advise the court if they intend to adduce evidence at the competency hearing other than the Forensic Evaluation report from the Federal Detention Center, Englewood, Colorado.

　　　3.  The United States Marshal is directed to transport the defendant to Nebraska for the hearing.

　　　Dated April 23, 2008.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　　　United States Magistrate Judge